HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LAWRENCE HOBSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE HOBSON,<br><br>Defendant. | Case No. 5:23-po-00160-CDB<br><br>**STIPULATION TO VACATE TRIAL AND SET FOR CHANGE-OF-PLEA HEARING; [PROPOSED] ORDER**<br><br>Date:   May 7, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Special Assistant United States Attorney Henry Li, counsel for plaintiff, and Assistant

Federal Defender Laura Myers, counsel for Lawrence Hobson, that the Court may vacate the

bench trial currently scheduled for May 7, 2024, at 10:00 a.m. and set a change-of-plea hearing

on that date.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a bench trial on May 7, 2024.

2.      Mr. Hobson intends to enter a change of plea.

3.      The parties therefore request that the Court vacate the bench trial and set a

change-of-plea hearing on May 7, 2024, at 10:00 a.m.

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 12, 2024          */s/ Henry Li*
                              HENRY LI
                              Special Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: March 12, 2024          */s/ Laura Myers*
                              LAURA MYERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              LAWRENCE HOBSON


## <u>O R D E R</u>

**IT IS SO ORDERED.** The bench trial currently scheduled for May 7, 2024, at 10:00

a.m. is vacated. A change-of-plea hearing is hereby set for May 7, 2024, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:  **March 12, 2024**          _____
                                       UNITED STATES MAGISTRATE JUDGE