```
HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LAWRENCE HOBSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAWRENCE HOBSON,<br><br>　　　　　　Defendant. | Case No. 5:23-po-00160-CDB<br><br>**STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; [PROPOSED] ORDER**<br><br>Date:　July 2, 2024<br>Time:　10:00 a.m.<br>Judge: Hon. Christopher D. Baker |

　　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Courtney Smith, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Lawrence Hobson, that the Court may continue the change-of-plea hearing currently set for May 7, 2024, to July 2, 2024, at 10:00 a.m.

　　　　　The parties agree and request that the Court make the following findings:

　　　　　1.　　By previous order, this matter was set for a change-of-plea hearing on May 7, 2024, at 10 a.m.

　　　　　2.　　Mr. Hobson intends to enter a change of plea.

　　　　　3.　　After the matter was set for the May 7 change-of-plea hearing, Mr. Hobson was diagnosed with a serious medical condition that requires intensive treatment.  Due to his ongoing treatment and the side effects associated with it, he will be unable to appear in court on May 7.

　　　　　4.　　Accordingly, a continuance is in the interest of justice.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: April 30, 2024 | /s/ Courtney Smith<br>COURTNEY SMITH<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 30, 2024 | /s/ Laura Myers<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>LAWRENCE HOBSON |

**O R D E R**

**IT IS SO ORDERED.** The change-of-plea hearing currently scheduled for May 7, 2024, at 10:00 a.m. is hereby continued to July 2, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **May 1, 2024**                                    _____
                                                            UNITED STATES MAGISTRATE JUDGE