HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LAWRENCE HOBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAWRENCE HOBSON,<br><br>　　　　　Defendant. | Case No. 5:23-po-00160-CDB<br><br>**STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; [~~PROPOSED~~] ORDER**<br><br>Date:　September 3, 2024<br>Time:　10:00 a.m.<br>Judge: Hon. Christopher D. Baker |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Courtney Smith, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Lawrence Hobson, that the Court may continue the change-of-plea hearing currently set for July 2, 2024, to September 3, 2024, at 10:00 a.m.

　　　　The parties agree and request that the Court make the following findings:

　　　　1.　　By previous order, this matter was set for a change-of-plea hearing on May 7, 2024, at 10 a.m..

　　　　2.　　Mr. Hobson intends to enter a change of plea.

　　　　3.　　After the matter was set for the May 7 change-of-plea hearing, Mr. Hobson was diagnosed with a serious medical condition that requires intensive treatment.  In light of his ongoing treatment and the side effects associated with it, this Court continued his change-of-plea

hearing to July 2, 2024.

4. Mr. Hobson is still in treatment and remains seriously ill. For that reason, he will be unable to come to court on July 2.

4. Accordingly, a continuance is in the interest of justice.

                  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 24, 2024        */s/ Courtney Smith*
COURTNEY SMITH
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 24, 2024        */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
LAWRENCE HOBSON

# **O R D E R**

**IT IS SO ORDERED.** The change-of-plea hearing currently scheduled for July 2, 2024, at 10:00 a.m. is hereby continued to September 3, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **June 24, 2024**

UNITED STATES MAGISTRATE JUDGE