PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LAWRENCE A. HOBSON,<br><br>            Defendant. | Case No. 5:23-po-00160-CDB<br><br>[Citation #E1929933, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. 21) |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00160-CDB against LAWRENCE A. HOBSON [Citation #E1929933, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 27, 2024                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                   By:    /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:23-po-00160-CDB [Citation #E1929933, CA14] against LAWRENCE A. HOBSON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**August 27, 2024**__      _____
UNITED STATES MAGISTRATE JUDGE